IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02338-RPM

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

HOLLY RIDGE DEVELOPMENT ASSOCIATION,

    Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR CERTIFICATION OF ORDER AS FINAL JUDGMENT
_____

Upon consideration of Plaintiff's Motion for Certification of Order as Final Judgment Pursuant to Fed R. Civ. P. 54(b), filed March 2, 2015, [Doc. 28], it is

ORDERED that the motion is denied.

DATED: March 3rd, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge