IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02338-RPM

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

HOLLY RIDGE DEVELOPMENT ASSOCIATION,

    Defendant.

_____

ORDER DENYING MOTION TO CONFIRM APPRAISAL AWARD
_____

    At the hearing held on February 2, 2015, this Court ordered that the Amended Appraisal Award is a determination of the amount of the loss caused by the hail storm. The effect of that order is to deny the motion to confirm appraisal award. Accordingly, it is

    ORDERED that the motion is denied.

    DATED: March 4th, 2015

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge