IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02338-RPM-CBS

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

    **Plaintiff,**

v.

HOLLY RIDGE DEVELOPMENT ASSOCIATION, a Colorado corporation,

    **Defendant.**

_____

**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND TO MODIFY SCHEDULING ORDER**
_____

The Court, having reviewed the parties Joint Motion to Stay Discovery and to Modify Scheduling Order, and being duly advised, hereby GRANTS the relief requested in the Motion.

Discovery shall be stayed pending mediation on April 27, 2015 except as set forth in the Modified Scheduling Order attached as Exhibit 1 to the Motion. If the case does not settle at the mediation, Nationwide shall have until May 18, 2015 to respond to the Holly Ridge Discovery Requests, and all other discovery deadlines shall be reset consistent with the Modified Scheduling Order attached as Exhibit 1 to the Motion.

DONE this 18th day of March, 2015.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch
                                              Senior U.S. District Court Judge