**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Civil Action No. 1:14-cv-02338-RPM-CBS

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

      **Plaintiff,**

**v.**

HOLLY RIDGE DEVELOPMENT ASSOCIATION, a Colorado corporation,

      **Defendant.**

_____

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE
_____

THIS MATTER having come before the Court upon a Stipulation of Dismissal

With Prejudice, due notice having been given, and the Court being fully advised in the

premises,

IT IS HEREBY ORDERED that:

1. All claims in the above-captioned case between the parties are hereby

Dismissed With Prejudice; and

2. Each party shall bear its own attorneys' fees and costs related to this

matter.

Dated this 12th day of May, 2015.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge